UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DILIGENT CORPORATION ET AL,

                **Plaintiff,**

-against-                   25-CV-1733 (ALC)

KUBERNO LIMITED ET AL,

                **Defendants.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On October 17, 2025, Defendant, Andrew Harker-Rigal, submitted a letter (ECF No. 43), stating that Defendant is moving from the United Kingdom to the United States on October 20, 2025 and is on information and belief that this move does not change the pending Motion to Dismiss. ECF No 24. The Parties are ordered to file a joint letter by October 22, 2025, stating whether or not they agree that this new fact does not require further briefing. If the parties, cannot come to an agreement, they are each ordered to brief their positions in no more than 3 pages by November 5, 2025.

**SO ORDERED.**

Dated: October 19, 2025
       New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      United States District Judge