**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 DILIGENT CORPORATION ET AL,

                              Plaintiffs,

          -against-                                                    25 **CIVIL** 1733 (ALC)

                                                                       **JUDGMENT**

KUBERNO LIMITED ET AL,

                              Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 26, 2026, Defendant Harker-Rigal's motion

to dismiss pursuant to 12(b)(2) is GRANTED. Defendants' *forum non conveniens* motion is

GRANTED without prejudice.

**Dated:** New York, New York

          March 30, 2026

                                                  **TAMMI M. HELLWIG**
                                         _____
                                                     **Clerk of Court**


                              **BY:**  _____
                                                     **Deputy Clerk**